**Danny D. IRICK, a/k/a Danny Dewayne Irick, Petitioner–Appellant,**

**v.**

**A. MANSUKHANI, Warden, Respondent–Appellee,**

and

**C. Samuels, Director; E. Holder, United States Attorney General, Respondents.**

No. 14–7279.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 6, 2015.

Decided: March 26, 2015.

Danny D. Irick, Appellant Pro Se.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny D. Irick, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Irick v. Mansukhani,* No. 8:14–cv–00183–TMC (D.S.C. Aug. 18, 2014). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*